LEOPOLD ZIMMERMANN et al., Copartners under the Firm Name of ZIMMERMANN & FORSHAY, Respondents, *v.* THE ROESSLER & HASSLACHER CHEMICAL COMPANY, Appellant.

(Argued October 5, 1936; decided October 20, 1936.)

*William S. Gregg, Charles L. Woody, Charles A. Rittenhouse, 3d, Joshua D. Jones* and *W. Glasgow Reynolds* for appellant.

*Harold Nathan, Frederick F. Greenman* and *Chester Rohrlich* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.